UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON VINCENT ADAMS, | ) 1:10-cv—01290-AWI-SKO-HC |
| | ) |
| Petitioner, | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION TO SUPPLEMENT HIS TRAVERSE |
| | ) (Doc. 32) |
| v. | ) |
| | ) ORDER DIRECTING THE FILING OF |
| GARY SWARTHOUT, | ) PETITIONER'S SUPPLEMENTAL POINTS |
| | ) AND AUTHORITIES FILED (Doc. 32) |
| Respondent. | ) |
| | ) |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303. Pending before the Court is Petitioner's motion to file supplemental points and authorities, which was filed on July 27, 2012, and served on Respondent. No opposition was filed by Respondent to the motion to file points and authorities supplemental to the traverse. Petitioner previously filed a traverse on August 22, 2011.

In the absence of an opposition, and good cause appearing, it is ORDERED that Petitioner's motion to file a supplement to

1

his traverse is GRANTED.

The Clerk is DIRECTED to file Petitioner's supplemental points and authorities (doc. 32).

Petitioner is INFORMED that the case is now considered fully briefed.

IT IS SO ORDERED.

**Dated:   October 30, 2012**             /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE